| | |
|---|---|
| **DEFENDANT:** | HECTOR MORENO-CERRILLO |
| **AGE/YOB:** | 1988 |
| **COMPLAINT FILED?** | _____ Yes     \_\_\_X\_\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| **HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?** | \_\_ Yes     \_\_ No |
| **OFFENSE(S):** | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 25:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same |
| **LOCATION OF OFFENSE:** | Denver County; Denver, Colorado |
| **PENALTY:** | **Count 1**<br>NLT 5 years,<br>NMT 40 years imprisonment<br>At least 4 years Supervised Release<br>$5,000,000 fine<br>$100 Special Assessment<br><br>**Count 25**<br>NLT 5 years<br>NMT 40 years imprisonment<br>At least 4 years Supervised Release<br>$5,000,000 fine<br>$100 Special Assessment |
| **AGENT:** | Michael Gutke<br>Special Agent, Drug Enforcement Administration |
| **AUTHORIZED BY:** | Stephanie Podolak<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

____ five days or less; __X_ over five days

<u>THE GOVERNMENT</u>

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.